_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 15, 2015

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone 725-777-3000

*Attorneys to the Chapter 7 Trustee*

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AMC PROPERTY HOLDINGS, LLC<br><br>        Debtor. | Case No.: BK-S-15-10141-ABL<br>Chapter 7<br><br>Case No.: BK-S-15-10142-ABL<br>Chapter 7 |
| In re:<br><br>STANLEY K. HOLDINGS, LLC<br><br>        Debtor. | **Hearing Date:**<br>Date:  October 22, 2015<br>Time:  9:30 a.m. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION TO COMPEL**

      This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Emergency Motion to Compel,* filed by Brian D. Shapiro, Chapter 7 Trustee of AMC Property

Holdings, LLC and Stanley K. Holdings, LLC (the "Trustee"), and good cause appearing therefor;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the *Emergency Motion to Compel* (the "Motion")[1] be, and the same will be heard by a United States Bankruptcy Judge on the ____October 22____, 2015, at _9:30 a.m._.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting declarations are available by contacting Teresa M. Pilatowicz, Esq., at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within _1_ days of entry; that any oppositions to the Motion must be filed and served by ____October 20, 2015____; that replies to any oppositions filed must be filed and served by _the hearing date and time_; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS SO ORDERED.**

GARMAN TURNER GORDON LLP

By: */s/ Teresa M. Pilatowicz*
    GREGORY E. GARMAN, ESQ.
    TERESA PILATOWICZ, ESQ.
    650 White Drive, Ste. 100
    Las Vegas, Nevada 89119
    *Attorneys for Trustee*

###

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Motion.