Brian Shapiro
Law Office of Brian D. Shapiro
510 S. 8th Street
Las Vegas, NV  89101
(702) 386-8600
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  AMC PROPERTY HOLDINGS, LLC      §   Case No.  15-10141-ABL
                                                                     §
                                                                       §
Debtor(s)                                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Brian Shapiro, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $500.00            Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,172,659.28     Claims Discharged
                                                              Without Payment: $2,335,117.29

Total Expenses of Administration: $406,200.71

    3) Total gross receipts of $   1,578,859.99   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $1,578,859.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $86,863.38 | $22,445.32 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 486,200.71 | 406,200.71 | 406,200.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,992,374.42 | 3,505,063.98 | 3,503,400.49 | 1,172,659.28 |
| **TOTAL DISBURSEMENTS** | $7,079,237.80 | $4,013,710.01 | $3,909,601.20 | $1,578,859.99 |

4) This case was originally filed under Chapter 7 on January 14, 2015. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/12/2018          By: /s/Brian Shapiro
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 704 NEVADA WAY, BOULDER CITY, NV, ASSESSOR PARCE | 1110-000 | 1,510,000.00 |
| Accrued Rent Receivable from Mario and Anneliese | 1229-000 | 67,901.80 |
| FUNDS LOCATED ON PREMISES OF BOULDER INN & SUITE | 1229-000 | 958.19 |
| **TOTAL GROSS RECEIPTS** | | **$1,578,859.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Clark County Treasurer | 4700-000 | 30,000.00 | 22,445.32 | 0.00 | 0.00 |
| NOTFILED | CLARK COUNTY TREASURER C/O BANKRUPTCY CLERK | 4110-000 | 12,897.70 | N/A | N/A | 0.00 |
| NOTFILED | CLARK COUNTY TREASURER C/O BANKRUPTCY CLERK | 4110-000 | 42,897.70 | N/A | N/A | 0.00 |
| NOTFILED | BCGM COMPANY dba JOHNSTONE SUPPLY | 4110-000 | 1,067.98 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$86,863.38** | **$22,445.32** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian D. Shapiro, Trustee | 2100-000 | N/A | 70,615.80 | 70,615.80 | 70,615.80 |
| Trustee Expenses - Brian D. Shapiro, Trustee | 2200-000 | N/A | 2,670.48 | 2,670.48 | 2,670.48 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - THE CITY OF BOULDER CITY, NV | 2990-000 | N/A | 80,000.00 | 0.00 | 0.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.56 | 45.56 | 45.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.07 | 63.07 | 63.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.96 | 77.96 | 77.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.88 | 103.88 | 103.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 97.23 | 97.23 | 97.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.85 | 93.85 | 93.85 |
| Other - Norton Consulting & Investigations, LLC | 3991-000 | N/A | 5,800.00 | 5,800.00 | 5,800.00 |
| Other - Norton Consulting & Investigations, LLC | 3991-000 | N/A | 7,069.71 | 7,069.71 | 7,069.71 |
| Other - Norton Consulting & Investigations, LLC | 3991-000 | N/A | 6,489.84 | 6,489.84 | 6,489.84 |
| Other - Norton Consulting & Investigations, LLC | 3991-000 | N/A | 6,489.84 | 6,489.84 | 6,489.84 |
| Other - Norton Consulting & Investigations, LLC | 3991-000 | N/A | 6,489.84 | 6,489.84 | 6,489.84 |
| Other - Norton Consulting & Investigations, LLC | 3991-000 | N/A | 6,489.84 | 6,489.84 | 6,489.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 724.69 | 724.69 | 724.69 |
| Other - Garman Turner Gordon, LLP | 3210-000 | N/A | 64,161.61 | 64,161.61 | 64,161.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,013.81 | 2,013.81 | 2,013.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,974.00 | 1,974.00 | 1,974.00 |
| Other - COLLIERS NEVADA, LLC | 3510-000 | N/A | 90,600.00 | 90,600.00 | 90,600.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,169.81 | 2,169.81 | 2,169.81 |
| Other - First American Title | 2500-000 | N/A | 740.00 | 740.00 | 740.00 |
| Other - First American Title | 2420-750 | N/A | 3,715.50 | 3,715.50 | 3,715.50 |
| Other - First American Title | 2820-000 | N/A | 7,701.00 | 7,701.00 | 7,701.00 |
| Other - First American Title | 2820-000 | N/A | 50,808.28 | 50,808.28 | 50,808.28 |
| Other - First American Title | 2820-000 | N/A | -13,986.56 | -13,986.56 | -13,986.56 |
| Other - First American Title | 2500-000 | N/A | 39.00 | 39.00 | 39.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,842.63 | 1,842.63 | 1,842.63 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - Norton Consulting & Investigations, LLC | 3991-000 | N/A | 1,236.16 | 1,236.16 | 1,236.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,840.08 | 1,840.08 | 1,840.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,090.06 | 2,090.06 | 2,090.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,832.91 | 1,832.91 | 1,832.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,082.84 | 2,082.84 | 2,082.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,890.50 | 1,890.50 | 1,890.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,824.86 | 1,824.86 | 1,824.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,011.02 | 2,011.02 | 2,011.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,882.29 | 1,882.29 | 1,882.29 |
| Other - Garman Turner Gordon | 3210-000 | N/A | 37,109.74 | 37,109.74 | 37,109.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,976.24 | 1,976.24 | 1,976.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,706.61 | 1,706.61 | 1,706.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,886.93 | 1,886.93 | 1,886.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,701.79 | 1,701.79 | 1,701.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,002.99 | 2,002.99 | 2,002.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,818.02 | 1,818.02 | 1,818.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,754.89 | 1,754.89 | 1,754.89 |
| Other - PAUL HEALEY | 3410-000 | N/A | 1,560.00 | 1,560.00 | 1,560.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,993.66 | 1,993.66 | 1,993.66 |
| Other - Garman Turner Gordon | 3210-000 | N/A | 8,014.00 | 8,014.00 | 8,014.00 |
| Other - Garman Turner Gordon | 3220-000 | N/A | 477.35 | 477.35 | 477.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,747.10 | 1,747.10 | 1,747.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $486,200.71 | $406,200.71 | $406,200.71 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BOULDER DAM CREDIT UNION | 7100-000 | 6,987,998.34 | 3,501,737.00 | 3,501,737.00 | 1,172,102.48 |
| 4 | HD SUPPLY FACILITIES MAINTENANCE, LTD. | 7100-000 | N/A | 1,663.49 | 0.00 | 0.00 |
| 5 | HD SUPPLY FACILITIES MAINTENANCE, LTD. | 7100-000 | N/A | 1,663.49 | 1,663.49 | 556.80 |
| NOTFILED | Emjal LLC c/o J. Rusty Graf, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ESTATE OF MARCUS CARUSO c/o J. Rusty Graf | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HORIZON SURVEYS, LLC | 7100-000 | 3,310.00 | N/A | N/A | 0.00 |
| NOTFILED | GO GLASS | 7100-000 | 533.04 | N/A | N/A | 0.00 |
| NOTFILED | GORDON SILVER | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JUSTIN CARUSO c/o J. Rusty Graf | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Emjal LLC c/o J. Rusty Graf, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ESTATE OF MARCUS CARUSO c/o J. Rusty Graf | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GORDON SILVER | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GO GLASS | 7100-000 | 533.04 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$6,992,374.42** | **$3,505,063.98** | **$3,503,400.49** | **$1,172,659.28** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10141-ABL  
**Case Name:** AMC PROPERTY HOLDINGS, LLC  

**Trustee:** (007422) Brian Shapiro  
**Filed (f) or Converted (c):** 04/14/15 (c)  
**§341(a) Meeting Date:** 05/15/15  

**Period Ending:** 03/12/18  

**Claims Bar Date:** 08/13/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 704 NEVADA WAY, BOULDER CITY, NV, ASSESSOR PARCE<br>  Counsel employed. Asset Purchase Agreement signed 11/18/15. Order to sell entered 12/8/15. Dkt. 206 | 3,450,000.00 | 0.00 | | 1,510,000.00 | FA |
| 2 | Checking Account (Boulder Dam Credit Union) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account, Account number 900070948004 (Bo | 500.00 | 500.00 | | 0.00 | FA |
| 4 | Loss Payee on Risk Placement Service Insurance P | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Accrued Rent Receivable from Mario and Anneliese | Unknown | 67,901.80 | | 67,901.80 | FA |
| 6 | Counterclaims in Eighth Judicial District Court | Unknown | 0.00 | | 0.00 | FA |
| 7 | Claims in U.S. District Court for District of Ne | Unknown | 0.00 | | 0.00 | FA |
| 8 | Mechanic's Lien<br>Value $ X X X | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Value $ X X X | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Value $ 0 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | FUNDS LOCATED ON PREMISES OF BOULDER INN & SUITE  (u) | 0.00 | 0.00 | | 958.19 | FA |
| 11 | **Assets** **Totals** (Excluding unknown values) | **$3,450,500.00** | **$68,401.80** | | **$1,578,859.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

  2-15-18 estimate  Review for TDR

  12-7-17 - TFR granted
  11-2-17 TFR FILED
  10-27-17 TFR SUBMITTED
  10-16-17 - TFR signed
  9/27/17 (cb) cut checks to Garman Turner Gordon; runner to pick up
  8/17/17 (cb) cut check to Healey, mailed out
  8/11/17 (cb) order entered approving Healey's fees
  7-6-17 - once order is entered we can finalize tfr
  7/6/17  filed app for compensation for Healey for both cases; hrg set 8-3
  6-12-17  email from BS to Paul Healey - The Court determined  that the Estate had no tax liability.  Is there anything that I need to file with the IRS?(qd)
  6-12-17  email from BS to Teresa re final fee app - I briefly spoke with Talitha last week and advised her that once the order on the tax liability is entered, then please

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10141-ABL  
**Case Name:** AMC PROPERTY HOLDINGS, LLC  

**Trustee:** (007422) Brian Shapiro  
**Filed (f) or Converted (c):** 04/14/15 (c)  
**§341(a) Meeting Date:** 05/15/15  

**Period Ending:** 03/12/18  
**Claims Bar Date:** 08/13/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

file your final fee app (and request that your fees be evenly split between the two estates).(qd)

5-1-17 email from Talitha re draft of motion to determination of tax issue, revised with comments on motion and dec an sent back to Talitha.

3-22-17 - per GTG - Birdsell made suggestion on return - they will discuss with Healey - calendar 4-10

2-20-17 - GTG is going to contact another accountant who does trustee taxes for alt advice

1-15-17 per Healey and GTG we do not need to file returns as this is a pass through entity. ok to prep tfr

1-10-17 order for compensation for GTG entered; prepared wire transfer; $37,109.74 from this case and $37,109.74 from Stanley K 15-10142

12-22-16 t/c TP, she is unsure if a tax return needs to be filed and will try to reach out to HEaley, advised her that I dont mind if she speaks direclty to healey.

11-18-16 () attended oral ruling, court denied request for admin claim. Court will prepare the order.

11-17-16 email to TP - That is fine with me. We can let the Court decide.(qd)

11-17-16email from TP re Compton email - Bank wants Court to decide - FYI, just heard back Gary Compton. They would prefer to reject the offer and have the court rule. Let me know if you are in agreement. (Qd)

11-17-16email to Teresa fr BS - Please advise the credit union and inquire with them pertaining to the offer. As it is possible that we have a very large capital gain and it may take a while to sort through that tax issue, I would suggest that we offer them a reduced dollar certain as an admin claim, paid immediately upon court approval and no unsecured claim. What that dollar amount is must be agreed to by the credit union. If we don't have an agreement prior to the hearing, then we will just let the Judge make that determination.(qd)

11-17-16 email from Teresa re Steve Morris offer - had an opportunity to review the Trustee's settlement proposal with the City and the following is the City's response:

In addition to waiving their claim for attorneys fees the City is willing to waive their claim for unpaid room taxes in consideration of the following settlement offer. Over $20,000 in utilities were incurred by the Trustee when the hotel property was operational, and therefore the City is willing to accept a total administrative claim of $20,000 for the hotel property and $30,528.51 for the trailer park, for a total administrative claim of $50,528.51. Let me know if we can get this resolved.

11-16-16) t.c Paul Healey we discussed issue on capital gain vs. K1, he needs to speaks with Greg regarind this matter. He sent following email to Greg - I am Brian's trustee CPA. We have a couple of cases noted above that are creating a tax issue that I am seeking your firm's help on. Brian indicated you or your firm are tax attorney(s). The central issue is that both of the debtor bankruptcy estates are single member LLC 's(disregarded entities). Normally, the tax reporting for a disregarded entity is reflected on the 100% owner's personal tax return--this was of course the case before the LLC's filed bankruptcy. So the question is--does the LLC filing bankruptcy create a separate tax entity(IE the estate) and thus the estate files a tax return and is responsible for any tax liability--- or in the alternative is it still the responsibility of the 100% owner. The implications are significant because the underlying real property assets owned by the LLC's have limited tax basis and thus taxes will most likely be due and substantial.

 10-20-16 email from TF on status - Talitha attended yesterday's hearing on the claim objection. The Court took the objection under advisement and intends to issue an oral ruling on November 18. The general comments at the hearing lead us to believe to that Judge Landis is leaning towards granting an unsecured claim for the entire amount, and potentially an administrative claim for the utilities. Boulder City was pushing for an evidentiary hearing, which Talitha successfully convinced the court was unnecessary. Based on the Court's comments, and in order to resolve the matter consensually, I recommend that we offer Boulder City an allowed administrative claim for the utilities at the trailer park, and an unsecured claim for the utilities at the hotel.

8-1-16 - need to deal with Boulder City claim - authorized objection

7-5-16 email from bS to TP - We are settling any and all claim. Provided that such claim is property of the Estate then the adversary proceeding is completed with credit union

2-12-16 - issue as to validity of lien - clearly unjust enrichment or equitable claim - ok to try to resolve with bank

2/12/16order entered employing Paul - issue on taxes/captial gains. this may take time to determine - he will consult with GG and TP

2/10/16 (filed app to employ Paul Healey for both cases, AMC and Stanley K

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10141-ABL  
**Case Name:** AMC PROPERTY HOLDINGS, LLC  

**Trustee:** (007422) Brian Shapiro  
**Filed (f) or Converted (c):** 04/14/15 (c)  
**§341(a) Meeting Date:** 05/15/15  

**Period Ending:** 03/12/18  
**Claims Bar Date:** 08/13/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1-7-16  email from Teresa P re letter to bart  and waiver of atty client priv - authorized(qd)

1/4/16  BS reviewed claims: no objections

12/22/15  rec'd wire in for sale of Boulder Inn and Suites, $1,460,982.78

12-15 - permited new owner on site to view and take photos

Please make sure the order approving  the employment and payment of Norton gets uploaded (if we can add some language that employment was necessary for the protection of the personal property, it could help us)

Please make sure the prior order approving the lease gets uploaded as well

9-8-15 eviewed reply to sale motion and declaration, signed declaration, also inquired if Compton agreed to min bid, he now wants 2 million

Need to sell assets!~!!

5-15-15 (cd)  BDS received ck # 3194 for $13,580.36, from Mario & Anneliese LLC, at the 341 today.

5/15/15 Meeting Results: CONCLUDED AS ASSET

Appearances: Brett Caruso, Managing Member, Bart Larson, Esq.; Gary Compton on behalf of Boulder Dam CU, Greg Garmin for the Trustee, James Kimsey on behalf of himself

interests: 33% to trust, 66% to Brett Caruso

April rent paid today $13,580, May rent on the 24th, June on 6/24; normal rent payment $13,580.36

5/11/15 (cb) NO DOCS

no cash on hand

A/R: accrued rent from Mario and Anneliese LLC, unknown value

hardly any unsecured debt

Need security if we operated - and court order authorizing operation (done)

4-27-15 - need insurance info and quickbooks - hotel - with motorcycle gang and motor home park - value - disregarded entityh - hire garman

**Initial Projected Date Of Final Report (TFR):** April 30, 2016  
**Current Projected Date Of Final Report (TFR):** November 2, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-10141-ABL  
**Case Name:** AMC PROPERTY HOLDINGS, LLC  
**Taxpayer ID #:** **-***0708  
**Period Ending:** 03/12/18

**Trustee:** Brian Shapiro (007422)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/15 | {5} | Mario & Anneliese LLC | Turnover of April 2015 rent | 1229-000 | 13,580.36 | | 13,580.36 |
| 05/26/15 | {5} | Mario & Anneliese LLC | Turnover of May 2015 Rent | 1229-000 | 13,580.36 | | 27,160.72 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 27,150.72 |
| 06/24/15 | {5} | Bret Caruso | Turnover of June 2015 rent | 1229-000 | 13,580.36 | | 40,731.08 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.56 | 40,685.52 |
| 07/27/15 | {5} | Bret Caruso | Turnover of July 2015 rent | 1229-000 | 13,580.36 | | 54,265.88 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.07 | 54,202.81 |
| 08/25/15 | {5} | Bret Caruso | Turnover of August 2015 rent | 1229-000 | 13,580.36 | | 67,783.17 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.96 | 67,705.21 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.88 | 67,601.33 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.23 | 67,504.10 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.85 | 67,410.25 |
| 12/22/15 | | First American Title | Turnover of escrow funds per order entered 12/8/15. Dkt. 206 | | 1,460,982.78 | | 1,528,393.03 |
| | {1} | | Gross Purchase Price     1,510,000.00 | 1110-000 | | | 1,528,393.03 |
| | | | Closing fee to First American Title     -740.00 | 2500-000 | | | 1,528,393.03 |
| | | | Standard ALTA 2006 Owner's Policy     -3,715.50 | 2420-750 | | | 1,528,393.03 |
| | | | Documentary Transfer Tax to County     -7,701.00 | 2820-000 | | | 1,528,393.03 |
| | | | Tax Installment to Clark County Treasurer     -50,808.28 | 2820-000 | | | 1,528,393.03 |
| | | | Seller Credit for County Tax     13,986.56 | 2820-000 | | | 1,528,393.03 |
| | | | Recording Fee     -39.00 | 2500-000 | | | 1,528,393.03 |
| 12/22/15 | 101 | Norton Consulting & Investigations, LLC | Invoice #111715-9   Security fees per order entered 12/7/15. Dkt. 205 | 3991-000 | | 5,800.00 | 1,522,593.03 |
| 12/22/15 | 102 | Norton Consulting & Investigations, LLC | Invoice #112315-4   Security fees per order entered 12/7/15. Dkt. 205 | 3991-000 | | 7,069.71 | 1,515,523.32 |
| 12/22/15 | 103 | Norton Consulting & Investigations, LLC | Invoice #120115-4   Security fees per order entered 12/7/15. Dkt. 205 | 3991-000 | | 6,489.84 | 1,509,033.48 |
| 12/22/15 | 104 | Norton Consulting & Investigations, LLC | Invoice #120815-5   Security fees per order entered 12/7/15. Dkt. 205 | 3991-000 | | 6,489.84 | 1,502,543.64 |
| 12/22/15 | 105 | Norton Consulting & Investigations, LLC | Invoice #121415-5   Security fees per order entered 12/7/15. Dkt. 205 | 3991-000 | | 6,489.84 | 1,496,053.80 |
| 12/22/15 | 106 | Norton Consulting & Investigations, LLC | Invoice #122115-5   Security fees per order entered 12/7/15. Dkt. 205 | 3991-000 | | 6,489.84 | 1,489,563.96 |

Subtotals :     $1,528,884.58     $39,320.62

{} Asset reference(s)

Printed: 03/12/2018 11:43 AM     V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-10141-ABL
**Case Name:** AMC PROPERTY HOLDINGS, LLC

**Taxpayer ID #:** **-***0708
**Period Ending:** 03/12/18

**Trustee:** Brian Shapiro (007422)
**Bank Name:** Rabobank, N.A.
**Account:** ******6066 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 724.69 | 1,488,839.27 |
| 01/11/16 | 107 | Garman Turner Gordon, LLP | Attorney fees and expenses per order entered 1/11/16. Dkt. 224 | 3210-000 | | 64,161.61 | 1,424,677.66 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,013.81 | 1,422,663.85 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,974.00 | 1,420,689.85 |
| 03/08/16 | 108 | COLLIERS INTERNATIONAL | Real Estate Broker fees per order entered 3/3/16. Dkt. 238 Voided on 03/11/16 | 3510-000 | | 90,600.00 | 1,330,089.85 |
| 03/11/16 | 108 | COLLIERS INTERNATIONAL | Real Estate Broker fees per order entered 3/3/16. Dkt. 238 Voided: check issued on 03/08/16 | 3510-000 | | -90,600.00 | 1,420,689.85 |
| 03/11/16 | | COLLIERS NEVADA, LLC | Real Estate Broker fees per order entered 3/3/16. Dkt. 238 | 3510-000 | | 90,600.00 | 1,330,089.85 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,169.81 | 1,327,920.04 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,842.63 | 1,326,077.41 |
| 05/25/16 | 109 | Norton Consulting & Investigations, LLC | Invoice #122915-5   Security fees per order entered 12/7/15. Dkt. 205 | 3991-000 | | 1,236.16 | 1,324,841.25 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,840.08 | 1,323,001.17 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,090.06 | 1,320,911.11 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,832.91 | 1,319,078.20 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,082.84 | 1,316,995.36 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,890.50 | 1,315,104.86 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,824.86 | 1,313,280.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,011.02 | 1,311,268.98 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,882.29 | 1,309,386.69 |
| 01/10/17 | | Garman Turner Gordon | Attorney fees and expenses per order entered 1-9-17. Dkt. 271 | 3210-000 | | 37,109.74 | 1,272,276.95 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,976.24 | 1,270,300.71 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,706.61 | 1,268,594.10 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,886.93 | 1,266,707.17 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,701.79 | 1,265,005.38 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,002.99 | 1,263,002.39 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,818.02 | 1,261,184.37 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,754.89 | 1,259,429.48 |
| 08/17/17 | 110 | PAUL HEALEY | Accountant fees per order entered 8-11-17. Dkt. 300 | 3410-000 | | 1,560.00 | 1,257,869.48 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,993.66 | 1,255,875.82 |

Subtotals :   $0.00   $233,688.14

{} Asset reference(s)

Printed: 03/12/2018 11:43 AM   V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** 15-10141-ABL | **Trustee:** | Brian Shapiro (007422) |
| **Case Name:** AMC PROPERTY HOLDINGS, LLC | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******6066 - Checking Account |
| **Taxpayer ID #:** **-***0708 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 03/12/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/17 | 111 | Garman Turner Gordon | Attorney fees per order entered 8-2-17. Dkt. 298 | 3210-000 | | 8,014.00 | 1,247,861.82 |
| 09/27/17 | 112 | Garman Turner Gordon | Attorney expenses per order entered 8-2-17. Dkt. 298 | 3220-000 | | 477.35 | 1,247,384.47 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,747.10 | 1,245,637.37 |
| 10/11/17 | | From Account #******6067 | Transfer for draft of TFR and case closing | 9999-000 | 958.19 | | 1,246,595.56 |
| 12/12/17 | 113 | Brian D. Shapiro, Trustee | Dividend paid 100.00% on $70,615.80, Trustee Compensation;  Reference: | 2100-000 | | 70,615.80 | 1,175,979.76 |
| 12/12/17 | 114 | Brian D. Shapiro, Trustee | Dividend paid 100.00% on $2,670.48, Trustee Expenses;  Reference: | 2200-000 | | 2,670.48 | 1,173,309.28 |
| 12/12/17 | 115 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 1,172,659.28 |
| 12/12/17 | 116 | BOULDER DAM CREDIT UNION | Dividend paid  33.47% on $3,501,737.00; Claim# 1; Filed: $3,501,737.00; Reference: | 7100-000 | | 1,172,102.48 | 556.80 |
| 12/12/17 | 117 | HD SUPPLY FACILITIES MAINTENANCE, LTD. | Dividend paid  33.47% on $1,663.49; Claim# 5; Filed: $1,663.49; Reference: 1550 | 7100-000 | | 556.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,529,842.77 | 1,529,842.77 | $0.00 |
| | | | Less: Bank Transfers | | 958.19 | 0.00 | |
| | | | **Subtotal** | | 1,528,884.58 | 1,529,842.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,528,884.58** | **$1,529,842.77** | |

{} Asset reference(s)

Printed: 03/12/2018 11:43 AM    V.13.32

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-10141-ABL  
**Case Name:** AMC PROPERTY HOLDINGS, LLC

**Taxpayer ID #:** **-***0708  
**Period Ending:** 03/12/18

**Trustee:** Brian Shapiro (007422)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6067 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/15 | {11} | Boulder Dam Credit Union | funds were located on premises, obtained cashiers check from BDCU | 1229-000 | 114.30 | | 114.30 |
| 12/15/15 | {11} | Boulder Dam Credit Union | funds were located on premises, obtained cashiers check from BDCU | 1229-000 | 563.88 | | 678.18 |
| 12/15/15 | {11} | Boulder Inn & Suites Cash Register | funds were located on premises, obtained cashiers check from Wells Fargo | 1229-000 | 280.01 | | 958.19 |
| 10/11/17 | | To Account #******6066 | Transfer for draft of TFR and case closing | 9999-000 | | 958.19 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 958.19 | 958.19 | $0.00 |
| Less: Bank Transfers | 0.00 | 958.19 | |
| **Subtotal** | 958.19 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$958.19** | **$0.00** | |

Net Receipts :           1,529,842.77  
Plus Gross Adjustments :           49,017.22  
Net Estate :           $1,578,859.99

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6066** | 1,528,884.58 | 1,529,842.77 | 0.00 |
| **Checking # ******6067** | 958.19 | 0.00 | 0.00 |
| | $1,529,842.77 | $1,529,842.77 | $0.00 |

{} Asset reference(s)